## TINCH v. VIDEO INDUSTRIAL SERVICES

No. 528PA96

Case below: 124 N.C.App. 391

Petition by plaintiff (Frederick Tinch) for discretionary review pursuant to G.S. 7A-31 allowed 6 March 1997. Petition by defendant (Hendon Engineering Associates) for discretionary review pursuant to G.S. 7A-31 denied 6 March 1997. Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 6 March 1997.

## TOWN OF KILL DEVIL HILLS v. SMITH

No. 438P96

Case below: 123 N.C.App. 790

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 6 March 1997.

## TRULL v. CENTRAL CAROLINA BANK

No. 524A96

Case below: 124 N.C.App. 486

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals allowed 6 March 1997.

## VEREEN v. HOLDEN

No. 159PA96

Case below: 121 N.C.App. 779

Motion by plaintiff to dismiss appeal for lack of substantial constitutional question allowed 6 March 1997. Petition by defendants for discretionary review pursuant to G.S. 7A-31 allowed 6 March 1997 for purpose of remanding to N.C. Court of Appeals for reconsideration in light of this Court's decision in *Soles v. City of Raleigh.*